

# NUMBER 13-20-00276-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## EX PARTE H.E.A.

---

**On appeal from the 440th District Court
of Coryell County, Texas.**

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Hinojosa and Silva
Memorandum Opinion by Justice Silva**

Before this Court is a restricted appeal of a trial court's order expunging all files and records relating to appellee H.E.A.'s 2005 driving while intoxicated charge of which he was acquitted.[1] *See* TEX. PENAL CODE ANN. § 49.04(d); TEX. CODE CRIM. PROC. ANN. art. 55.01. On May 2, 2022, this Court sua sponte issued an order abating the appeal pending the Texas Supreme Court's resolution of a sister court case concerning a similar

---

[1] This case is before the Court on transfer from the Tenth Court of Appeals in Waco pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

issue. *See Ex parte Ferris*, 613 S.W.3d 276 (Tex. App.—Dallas 2020), *aff'd sub nom. Ex parte K.T.*, No. 20-0977, 2022 WL 1510329 (Tex. May 13, 2022). Appellant, the Texas Department of Public Safety, was instructed to promptly file a motion to reinstate the appeal following the Texas Supreme Court's issuance of its opinion.

On May 31, 2022, appellant filed a motion to reinstate the appeal and requested a dismissal pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). *See* TEX. R. APP. P. 10.1; 42.1(a)(1). We construe appellant's filing as two motions. The Court, having considered the motions, is of the opinion that they should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, we grant appellant's motions, this cause is reinstated, and we dismiss this appeal. *See id.* Because the appeal is dismissed at appellant's request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Delivered and filed on the
9th day of June, 2022.